UNITED STATES MORTGAGE AND TRUST COMPANY, Respondent, v. LIBERTY NATIONAL BANK, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion granted to the extent of modifying the order for the examination before trial by limiting the examination to that of Louis W. Knowles, the assistant cashier of the defendant. The date for the examination to proceed to be fixed in the order. No opinion. Settle order on notice. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

UNITED STATES MORTGAGE AND TRUST COMPANY, Appellant, v. LIBERTY NATIONAL BANK, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EZEKIEL ASCH and Another, Respondents, v. THE HOYT-MESSINGER CORPORATION, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

STUYVESANT L. & B. CORPORATION, Respondent, v. HARRY REINER, as Treasurer of WAITERS' UNION, LOCAL No. 1, an Unincorporated Association of Seven or More Members, Appellant.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

CHARLES E. JENKINS and Another, Respondents, v. JAMES A. JONES, JR., and Another, Individually and as Copartners, etc., and Others, Impleaded with WILLIAM F. THURMOND, Appellant.— Order reversed, with ten dollars costs and disbursements, and motion to vacate order for examination of defendant before trial granted, with ten dollars costs. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

EARL CARROLL, Respondent, v. REPUBLIC DISTRIBUTING CORPORATION and Others, Appellants, Impleaded with Others.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

RALPH JAMES M. BULLOWA and Another, Respondents, v. AMERIGUS REALTY CORPORATION and Another, Appellants.— Order reversed, with ten dollars costs and disbursements, and motion denied, with ten dollars costs, on the authority of Bullowa v. Amerigus Realty Corporation (191 App. Div. 905). Present — Clarke, P. J., Laughlin, Dowling, Page and Merrell, JJ.

FERNCLIFFE REALTY COMPANY, Appellant, v. HENRY F. SIMON, Respondent.— Order affirmed, with ten dollars costs and disbursements. No opinion. Present — Clarke, P. ,J., Laughlin, Dowling, Page and Merrell, JJ.

SAMUEL BLUMENFELD, Respondent, v. MAX ARONSON and Another, Appellants.— Upon the facts presented in this record, the order is modified by incorporating a provision that it is granted upon condition that the plaintiff stipulate to go to trial on two days' notice before the court at Special Term or a referee to be appointed by the court at Special Term, and as so modified affirmed, without costs. Present — Clarke, P. J., Laughlin